IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEDERAL INSURANCE COMPANY,

    Plaintiff,

v.

JEFFREY SHAW, et al.

    Defendants.
_____/

INDIAN HARBOR INSURANCE COMPANY,

    Plaintiff

v.

VICTORIA WILLOCK, et al.,

    Defendants
_____/

AND RELATED COUNTERCLAIMS
_____/

No. C 04-2615 JSW (consolidated with 02-4548 JSW) (Related to 04-4085 JSW)

**ORDER CONTINUING STAY**

    The Court has received the parties' status report and pursuant to the representations in that report, CONTINUES the stay in the *Willock* action pending the final resolution of settlement. If the parties are unable to finalize the settlement by December 8, 2005, they should submit a further status report to the Court.

1 **IT IS SO ORDERED.**

3 Dated: November 9, 2005

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE