J. Thomas Hannan, State Bar No. 39140
Ronald Lovitt, State Bar No. 40921
Henry I. Bornstein, State Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 362-8769 / Facsimile: (415) 362-7528
lovitt@lh-sf.com; hbornstein@sbcglobal.net

John J. Bartko, State Bar No. 37372
Charles G. Miller, State Bar No. 39272
Christopher D. Sullivan, State Bar No. 148083
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 956-1900 / Facsimile: (415) 956-1152
csullivan@bztm.com

Counsel for Defendants and Counterclaimants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>VICTORIA WILLOCK, et al.<br><br>    Defendants,<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 04-2615 JSW (consolidated with C 02-4548 JSW) (Related to C 04-4085 JSW)<br><br>**STATUS REPORT PURSUANT TO ORDER DATED NOVEMBER 9, 2005**<br><br>AND ORDER THEREON |

    Pursuant to this Court's order of November 9, 2005, the parties hereby submit this report regarding the status of the settlement in the case of <u>Indian Harbor v. Willock et al.</u>, Case No.

///

///

///

///

C 04-2615 JSW ("Indian Harbor Action"), previously consolidated with Case No. C 02-04548.[1]

The parties to the Indian Harbor action have concluded negotiations in to attempt to resolve the consolidated action in its entirety. The parties to the Indian Harbor action have agreed to a settlement that would include each party to release and dismiss the litigation with each side to bear their own costs. The parties have prepared a settlement agreement and are in the process of finalizing the agreement and circulating it to obtain the necessary signatures for proper execution. The parties to the Indian Harbor action respectfully request that they be given thirty days, until January 8, 2006, to finalize the settlement agreement and file dismissals of the action.

Dated: December 8, 2005

LOVITT & HANNAN, INC.
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

By: /s/ *Christopher D. Sullivan*
    Christopher D. Sullivan
Counsel for Defendants and Counterclaimants

DATED: December 8, 2005

ROSS, DIXON & BELL, LLP

By: /s/ *Robert M. Pozin*
    Robert M. Pozin
Counsel for Indian Harbor Insurance Company



December 9, 2005

---

[1] The parties to the Shaw Action requested a stay to complete the documentation of the settlement agreement and move for approval in the Bankruptcy Court. Subsequently, the parties to the consolidated action, Indian Harbor Insurance Company v. Willock, et al., Case No. C 04-2615 JSW, also moved for a stay pending the ruling of the Bankruptcy Court to allow the parties to that action to attempt a negotiated resolution of that case if the settlement of the Shaw Action is approved. On June 23, 2005, this Court entered orders staying both actions.

-2-