IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VICTORIA WILLOCK, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 04-02615 JSW<br><br>**ORDER SETTING STATUS HEARING** |

　　On January 9, 2006, the parties submitted a Joint Status Report advising the Court that they expected to have finalized the settlement in this matter by January 20, 2006, and that they expected to file dismissals by that date.

　　The Court HEREBY ORDERS the parties to appear on February 3, 2006, for a status conference at 1:30 p.m. to discuss the status of the settlement process. If a dismissal is filed before that date, the status conference shall be vacated.

　　**IT IS SO ORDERED.**

Dated: January 23, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE