J. Thomas Hannan, State Bar No. 39140
Ronald Lovitt, State Bar No. 40921
Henry I. Bornstein, State Bar No. 75885
LOVITT & HANNAN, INC.
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 362-8769 / Facsimile: (415) 362-7528
lovitt@lh-sf.com; hbornstein@sbcglobal.net

John J. Bartko, State Bar No. 37372
Charles G. Miller, State Bar No. 39272
Christopher D. Sullivan, State Bar No. 148083
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 956-1900 / Facsimile: (415) 956-1152
csullivan@bztm.com

Counsel for Defendants and Counterclaimants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>VICTORIA WILLOCK, et al.<br><br>Defendants,<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 04-2615 JSW<br><br>**JUDGMENT OF DISMISSAL -- ACTION NO. C-04-2615 JSW** |

The action known as *Indian Harbor Insurance Company v. Victoria Willock, et al.*, Action No. C-04-2615 JSW ("the Indian Harbor Action") having been previously dismissed without prejudice as to defendants James Saras, Darryl Starn and Karm Bains and having been settled by the remaining parties, and such remaining parties having stipulated as to the terms of

-1-

1  dismissal of the remaining claims and counterclaims between them and as to the entry of a
2  Judgment of Dismissal by the Court,
3      IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's amended complaint
4  is dismissed without prejudice as to the defendants and counterclaimants identified below, and that
5  the counterclaims of such defendants/counterclaimants are dismissed with prejudice, with all
6  parties to bear their respective costs.
7  Dated: January 24, 2006

                                                       UNITED STATES DISTRICT JUDGE

10  APPROVED AS TO FORM.
11  Dated: January 20, 2006
12  BARTKO, ZANKEL, TARRANT & MILLER
    A Professional Corporation

14  By: _____
15         Christopher D. Sullivan
      Counsel for Defendants and Counterclaimants

      J.P. Consultants LLC, Post Confirmation
      Committee of Tri Valley Growers, Official
      Committee of Unsecured Creditors of Tri Valley
      Growers, Post-Confirmation Responsible Officer
      and Disbursing Agent, Responsible Officer of the
      Reorganized Debtor Tri Valley Growers, Jeffrey
      Shaw, Joseph Guidetti, Jaswant Bains, Ajit Bains,
      Jeffrey Arambel, Carl Cilker, Estate of James A.
      Cooley and Dolores Cooley, Douglas Hemly,
      Erick Johnson, James Salisbury, James A.
      Schlindwein, Hugo Steensma, Ronald Timothy,
      Paul Van Konyneneburg, Al Vangelos, Victoria
      Willock, and Crown, Cork & Seal, Inc.

24  Dated: January 20, 2006
25  ROSS, DIXON & BELL, LLP

27  By: _____
      Robert M. Pozin
28        Counsel for Plaintiff

-2-

BARTKO ZANKEL
900 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152